IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:09CR3081 |
| ) | |
| ZACHARI JAMES KILCOIN, ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

THIS MATTER comes before the Court on defendant's Request to File A Restricted Motion, filing 32. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 12.4, the Clerk shall file defendant's Motion to Review Detention and Request for Hearing and Order restricted.

IT IS FURTHER ORDERED that said Motion and Order be made available to case participants only.

Dated August 13, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge